No. 1065. CHANEY *v.* STOVER. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Joseph I. Nachman* for petitioner. *J. M. Perry* for respondent.

No. 1067. CLEAVER *v.* COMMISSIONER OF INTERNAL REVENUE. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Malcolm K. Whyte* and *Herbert C. Hirschboeck* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Louise Foster* for respondent.

No. 1070. Moss, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Owen W. Crumpacker* and *Jay E. Darlington* for petitioner. *Hugh B. Cox* and *John R. Wall* for respondent.

No. 1071. HOOK, ADMINISTRATRIX, *v.* NATIONAL BRICK Co. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Owen W. Crumpacker* and *Jay E. Darlington* for petitioner. *Bernard J. Gallagher* for respondent.

No. 1077. PACIFIC ELECTRIC RAILWAY Co. *v.* UNITED STATES. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *C. W. Cornell* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Melva M.*